EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ELADIO PÉREZ ROMÁN, acusado y apelante.

No. 4753.—*Sometido:* Mayo 5, 1932. *Resuelto:* Mayo 6, 1932.

*L. Santiago Carmona,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

En este caso se formuló la siguiente denuncia:

"Yo, Jobino de Jesús Guevárez, P. I., vecino de Dorado, P. R., calle de Norte, formulo denuncia contra Eladio Pérez Román, por delito de Alterar Paz Pública, cometido de la manera siguiente: Que en 7 de julio 7 A. M. de 1931, y en el Barrio de Espinosa, Dorado, P. R., del Distrito Judicial Municipal de Toa Alta, P. R., que se encuentra dentro de la jurisdicción de la corte de distrito de Bayamón, P. R., el acusado Eladio Pérez Román, maliciosa y voluntariamente y de una manera ilegal allí y entonces, turbó la paz y tranquilidad del vecindario, cuando insultaba y provocaba a Cecilia Alcalá, diciéndole que era 'una fregona sucia y sinvergüenza y que deseaba que fuese hombre para partirle la cara.' Que con motivo de esta amenaza y provocaciones allí se reunieron varias personas."

Visto el caso por todos sus trámites en apelación ante la Corte de Distrito de Bayamón, ésta declaró culpable al acusado y le condenó a pagar una multa de $30 o en su defecto a cumplir un día de cárcel por cada dólar que dejare de satisfacer. De esta sentencia apeló el acusado para ante

este tribunal. ' El acusado ha presentado la alegación de que la denuncia no contiene ningún hecho que sea constitutivo de delito público.

El artículo 368 del Código Penal dice así:

"Toda persona que maliciosa y voluntariamente perturbare la paz o tranquilidad de algún vecindario o individuo, con fuertes o inusitados gritos, conducta tumultuosa u ofensiva, o amenazas, vituperios, riñas, desafíos o provocaciones, o que en las calles de alguna ciudad o pueblo, o en las vías públicas disparare algún arma de fuego, o hiciere uso de lenguaje grosero, profano o indecoroso en presencia o al alcance del oído de mujeres o niños, en forma estrepitosa o inconveniente, incurrirá en *misdemeanor*, y será castigada con multa máxima de doscientos dólares, o cárcel por un término máximo de noventa días o ambas penas, a discreción del tribunal."

Una de las modalidades de este delito de perturbar la paz es la conducta ofensiva, y ésta se describe en la denuncia de manera suficiente para constituir el delito que se imputa al acusado. En la denuncia se alega que el acusado maliciosa y voluntariamente, y de una manera ilegal, turbó la paz y tranquilidad del vecindario cuando insultaba y provocaba a Cecilia Alcalá, diciéndole que era "una fregona sucia y sinvergüenza, y que deseaba que fuese hombre para partirle la cara."

Las frases ofensivas aparecen dirigidas directamente a Cecilia Alcalá. Se alega además que por este motivo se turbó la paz y tranquilidad del vecindario y que se reunieron varias personas en el sitio donde ocurrió la provocación.

*Por estas razones entendemos que debe confirmarse la sentencia apelada.*